## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## (FORT LAUDERDALE DIVISION)

HOLLY TORHAN,                                       Case No.:

      Plaintiff,

v.                                                 [formerly County Court for Broward
                                                   County, Florida, Case No.: 2016-08410
                                                   CONO]

MERRICK BANK, N.A.

      Defendant.

_____/

## NOTICE OF REMOVAL

     Defendant, MERRICK BANK, N.A., ("MERRICK BANK"), hereby removes Case No. CONO-16-008410 From the County Court, Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court, Southern District of Florida, Fort Lauderdale Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and as grounds for its removal states as follows:

## I.  STATEMENT OF CASE[1]

     1.     On or about October 19, 2016, Plaintiff, HOLLY TORHAN ("Plaintiff"), filed a Complaint in the County Court, Seventeenth Judicial Circuit, in and for Broward County, Florida, styled HOLLY TORHAN V. MERRICK BANK, N.A., (the "State Court Action" and the "Complaint").  A copy of the Complaint is attached hereto as Exhibit "B."

     2.     On October 26, 2016, MERRICK BANK, was served with the Summons and Complaint.  A copy of the Return of Service is attached hereto as Exhibit "C."

---

[1] A copy of the docket from the State Court Action is attached hereto as Exhibit "A."

1147520.1

3.      On October 27, 2016, the undersigned filed a Notice of Appearance in the State Court Action on behalf of Defendant, Merrick Bank.  A copy of the Notice of Appearance is attached hereto as Exhibit "D."

4.      A pre-trial conference is scheduled for December 5, 2016.

5.      Defendant, Merrick Bank, has not taken any other action in the State Court Action.

6.      Plaintiff is proceeding pro se and the Complaint is difficult to decipher as it is comprised of a series of letters rather than structured, numbered paragraphs.  However, it is clear that the following causes of action based upon federal law are alleged: violations of (1) 15 U.S.C. § 1681, et. seq., the Fair Credit Reporting Act (the "FCRA"); (2) 15 U.S.C. § 41, et. seq., the Federal Trade Commission Act (the "FTC Act"); and (3) 15 U.S.C. § 1692, et. seq., the Fair Debt Collection Practices Act (the "FDCPA"). The other claims also arise from the same set of facts.

## II. FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which provides:  "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8.      Plaintiff's claims in the State Court Action largely arise pursuant to federal law, specifically the FCRA, the FTC Act, and the FDCPA. See Exhibit B.  Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331, 15 U.S.C. § 1692, 15 U.S.C. § 1681, and 15 U.S.C. § 41, and therefore this removal is made pursuant to 28 U.S.C. § 1441(a).

1147520.1

9.      The remaining claims, which appear to be based upon Florida common law, each relate to the same set of facts as the federal claims and, therefore, this Court has supplemental jurisdiction over same in accordance with 28 U.S.C. §§ 1367(a) and/or 1441(c). See Exhibit B. In particular, all of Plaintiff's claims arise from Merrick Bank's allegedly improper credit reporting.

## III.  ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

10.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 7.2, a true and correct copy of all of the process, pleadings, and documents from the State Court Action available to the Defendant have been attached to this Notice of Removal.

11.     The removal is timely as Merrick Bank was served with the Complaint on October 26, 2016, meaning this Notice of Removal was filed within thirty (30) days of service.

12.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Southern District of Florida, Fort Lauderdale Division, is the federal judicial district embracing the County Court for Broward County, Florida.

13.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal in the State Court Action, and give written notice of the removal of this action to Plaintiff.

## IV.  CONSENT TO REMOVAL BY OTHER NAMED DEFENDANTS

14.     28 U.S.C. § 1446(b)(2)(A) requires all other defendants that have been properly named and served to consent to the removal.  There are no other named defendants in this action.

## V. CONCLUSION

By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Defendant intends no admission of fact, law or liability by this Notice, and expressly reserves all

1147520.1

defenses, motions, and/or pleas.  If any question should arise as to the propriety of the removal of this action, Defendant requests the opportunity to submit a brief and present oral argument in support of its position that this case has been properly removed.  <u>Sierminski v. Transouth Fin. Corp.</u>, (11th Cir. 2000) 216. F. 3d 945, 949.

Respectfully submitted,

McGLINCHEY STAFFORD
___/s/ *Joseph A. Apatov*_____
R. Carter Burgess, Esq.
Florida Bar # 58298
Joseph Apatov, Esq.
Florida Bar #93546
One East Broward Boulevard
Suite 1400
Fort Lauderdale, Florida 33301
Tel: (954) 356-2501
Fax: (954) 252-3808
cburgess@mcglinchey.com
japatov@mcglinchey.com

***ATTORNEY FOR DEFENDANT***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been filed via the CM/ECF system and served via U.S. Mail on this 21st day of November, 2016, to the following:

**<u>Via U.S. Mail</u>**

Holly Torhan
715 Gardens Drive, Apt. #204
Pompano Beach, FL 33069
*Pro Se*

_____/s/ *Joseph Apatov*_____
Attorney

1147520.1